Case 2:06-cv-01014-WBS-EFB   Document 9   Filed 07/21/06   Page 1 of 3

BILL LOCKYER
Attorney General of the State of California
JACOB A. APPELSMITH
Senior Assistant Attorney General
BARBARA J. SEIDMAN
Supervising Deputy Attorney General
SCOTT H. WYCKOFF, State Bar No. 191367
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5335
 Fax:  (916) 324-5567
 Email:  Scott.Wyckoff@doj.ca.gov

Attorneys for Defendants California Highway Patrol, Sergeant Costa, Commissioner Mike Brown and Joe Farrow

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARBARA FOGARTY,**<br><br>            Plaintiff,<br><br>  v.<br><br>**STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT COSTA, COMMISSIONER MIKE BROWN, JOE FARROW, DOES 1 through 20, inclusive,**<br><br>            Defendants. | Case No.: 2:06-CV-01014-WBS-PAN [JFM]<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION AND STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br><br>Courtroom:  5<br>Judge:  The Honorable William B. Shubb |

  Plaintiff, Barbara Fogarty and defendants State of California, Sergeant Costa, Commissioner Mike Brown, and Joe Farrow, by and through their respective counsel of record, stipulate as follows:

  1. The Court has ordered the parties to appear on August 14, 2006, at 9:00 a.m. for a Status (Pretrial Scheduling) Conference.

Stipulation

1

2. Defendants' counsel is scheduled to appear on a motion to compel production of peace officer's personnel records by the criminal defendant in *People v. Paris Bond*, Madera County Superior Court Case No. MCR 022602 at 8:30 a.m. in Department 3.

3. On July 11, 2006, defendants filed a motion that is scheduled to be heard on August 21, 2006.

4. Plaintiff's counsel is unavailable on that date due to a previously scheduled vacation.

5. The parties have confirmed that the next available hearing date is September 5, 2006.

6. Due to these scheduling conflicts, counsel for the respective parties stipulate to continuing the defendants' motion to September 5, 2006, at 9:00 a.m., and continue the Status (Pretrial Scheduling) Conference to September 11, 2006, at 9:00 a.m.

**IT IS SO STIPULATED.**

LAW OFFICES OF JILL TELFER

Dated:  July 17, 2006       By: _____/S/_____
                                JILL TELFER
                                Attorneys for Plaintiff Barbara Fogarty

Dated:  July 19, 2006       BILL LOCKYER
                            Attorney General of the State of California


                            By: _____/S/_____
                                SCOTT H. WYCKOFF
                                Deputy Attorney General
                                Attorneys for Defendants California Highway Patrol,
                                Sergeant Costa, Commissioner Mike Brown and Joe
                                Farrow

The Court having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike is continued to September 5, 2006, at 9:00 a.m., in Courtroom No. 5.

/ / /

Stipulation

2

1    **IT IS HEREBY FURTHER ORDERED** that the Status (Pretrial Scheduling) Conference
2    is continued to September 11, 2006, at 9:00 a.m. in Courtroom No. 5.
3
4    Dated:  July 19, 2006              UNITED STATES DISTRICT COURT
5
6                                      By:
7
8                                      WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE
9
10   fogartystip.wpd
     SA2006101860
11

Stipulation

3