1  BILL LOCKYER
   Attorney General of the State of California
2  JACOB A. APPELSMITH
   Senior Assistant Attorney General
3  BARBARA J. SEIDMAN
   Supervising Deputy Attorney General
4  SCOTT H. WYCKOFF, State Bar No. 191367
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5335
7    Fax:  (916) 324-5567
     Email:  Scott.Wyckoff@doj.ca.gov
8
   Attorneys for Defendants California Highway Patrol,
9  Sergeant Costa, Commissioner Mike Brown and Joe
   Farrow
10

11              IN THE UNITED STATES DISTRICT COURT
12
                FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

| | |
|---|---|
| 15  **BARBARA FOGARTY,**<br>16                              Plaintiff,<br>17       v.<br>18  **STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT COSTA, COMMISSIONER MIKE BROWN, JOE FARROW, DOES 1 through 20, inclusive,**<br>20                              Defendants. | Case No.:<br>2:06-CV-01014-WBS-PAN [JFM]<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION AND STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br><br>Courtroom:  5<br>Judge:       The Honorable<br>                  William B. Shubb |

24     Plaintiff, Barbara Fogarty and defendants State of California, Sergeant Costa, Commissioner

25 Mike Brown, and Joe Farrow, by and through their respective counsel of record, stipulate as

26 follows:

27     1.   The parties have previously stipulated, and the Court has ordered, that Defendants'

28 Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike be continued to

Stipulation

1

1  September 5, 2006, at 9:00 a.m. in Courtroom No. 5, from August 21, 2006. The reasons for the
2  stipulation was the unavailability of plaintiff's counsel.
3      2.   The parties have further stipulated, and the Court has further ordered, that Status
4  (Pretrial Scheduling) Conference be continued to September 11, 2006, at 9:00 a.m.
5      3.   Plaintiff's counsel has a trial in a separate matter that is set to begin on September 5,
6  2006, at 8:30 a.m. in Department 47 of the Sacramento Superior Court entitled *Russell v. Runge*.
7  This case has been continued twice and cannot be changed. The trial is expected to last
8  approximately ten days.
9      4.   Due to this scheduling conflict, counsel for the respective parties stipulate to continue
10 defendants' motion to September 18, 2006, at 1:30 p.m.
11     5.   The parties further stipulate that the Status (Pretrial Scheduling) Conference be
12 continued to October 10, 2006, at 9:00 a.m.
13 **IT IS SO STIPULATED.**

LAW OFFICES OF JILL TELFER

Dated: August 14, 2006      By:      /S/
                                  JILL TELFER
                                  Attorneys for Plaintiff Barbara Fogarty


Dated: August 14, 2006      BILL LOCKYER
                            Attorney General of the State of California


                            By:      /S/
                                  SCOTT H. WYCKOFF
                                  Deputy Attorney General
                                  Attorneys for Defendants California Highway Patrol,
                                  Sergeant Costa, Commissioner Mike Brown and Joe
                                  Farrow

/ / /

/ / /

/ / /

Stipulation

2

1  The Court having considered the parties' stipulation, and good cause appearing, **IT IS
2  HEREBY ORDERED** that the Defendants' Motion to Dismiss, Motion for More Definite
3  Statement, and Motion to Strike is continued to September 18, at 1:30 p.m., in Courtroom No. 5.
4  **IT IS HEREBY FURTHER ORDERED** that the Status (Pretrial Scheduling) Conference
5  is continued to October 10, 2006, at 9:00 a.m. in Courtroom No. 5.

7  Dated: August 15, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

fogarty.wpd
SA2006101860