1   JILL P. TELFER, State Bar No. 145450
    LAW OFFICES OF JILL P. TELFER
2   A Professional Corporation
    331 J. Street, Suite 200
3   Sacramento, California 95814
    Telephone:     (916) 446-1916
4   Facsimile:     (916) 446-1726
    email: jilltelfer@yahoo.com
5

6   Attorney for Plaintiff
    **BARBARA FOGARTY**
7

8              **UNITED STATES DISTRICT COURT FOR THE**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11  **BARBARA FOGARTY,**                )    CASE NO.:  **2:06-CV-1014 WBS-EFB**
                                         )
12                      Plaintiff,       )
                                         )
13       v.                              )    **REQUEST   TO   DISMISS   ACTION**
                                         )    **WITHOUT PREJUDICE**
14  **STATE OF CALIFORNIA, CALIFORNIA** )
    **HIGHWAY   PATROL,   SERGEANT**     )
15  **COSTA,   COMMISSIONER   MIKE**     )
    **BROWN,   JOE   FARROW,   DOES   1**)
16  **through 20, inclusive,**           )
                                         )
17                      Defendants.      )
    ─────────────────────────────────
18

19
          **PLAINTIFF BARBARA FOGARTY HEREBY DISMISSES HER CLAIMS AGAINST**
20
    **DEFENDANTS STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT**
21
    **COSTA, COMMISSIONER MIKE BROWN, JOE FARROW,**   without prejudice. The parties are
22
    to bear their own costs and attorneys fees.  Plaintiff will be filing in State Court.
23

24
    DATED: August 31, 2006              LAW OFFICES OF JILL P. TELFER
25                                       *A Professional Corporation*

26                                       /s/Jill P. Telfer

27                                       ─────────────────────────
                                         JILL P. TELFER
28                                       Attorney for Plaintiff,
                                         **BARBARA FOGARTY**

1    **IT IS SO ORDERED:**

2

3    Dated:  September 1, 2006

4

5    _William B. Shubb_
     WILLIAM B. SHUBB
6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2